O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO MENDOZA, | ) | Case No. CV 14-06716 DDP (MANx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | ) | |
| | ) | [DKT. NO. 7] |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Presently before the Court is Defendant U.S. Bank N.A.'s motion to dismiss Plaintiff Gustavo Mendoza's complaint. Plaintiff, represented by counsel, has not timely opposed the motion. Accordingly, the Court GRANTS Defendant's motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Defendant's motion was noticed for October 6, 2014. Plaintiff's opposition was therefore due by September 15, 2014. As of the date of this Order, Plaintiff has not filed an opposition. Accordingly, the Court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: September 25, 2014

DEAN D. PREGERSON
United States District Judge